Damian P. Richard, Esq. (#028477)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
drichard@sesssons.legal

Attorneys for Navient Solutions, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| STEPHANIE BERTOLO,<br><br>           Plaintiff,<br>     vs.<br><br>DEPARTMENT OF EDUCATION AND NAVIENT,<br><br>           Defendants. | Case No.: 2:16-cv-00291-SPL<br><br>NOTICE OF SETTLEMENT |

Per the Minute Entry of May 26, 2017 (Doc. 60), defendant Navient Solutions, LLC ("NSL") hereby files this notice of settlement.  NSL respectfully requests the Court enter a thirty (30) day order of dismissal to allow NSL sufficient time to comply with the terms of the settlement agreement.

Dated:  May 29, 2017.          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                               /s/Brian D. Roth
                               Brian D. Roth
                               Damian P. Richard
                               Attorneys for Defendant
                               Navient Solutions, LLC.

Notice of Settlement

1