IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Bertolo,<br><br>        Plaintiff,<br><br>vs.<br><br>John B. King, et al.,<br><br>        Defendants. | No. CV-16-00291-PHX-SPL<br><br>**ORDER** |

No stipulation to dismiss having been filed, in accordance with the Court's May 30, 2017 Order (Doc. 62),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 6th day of July, 2017.

Honorable Steven P. Logan
United States District Judge